```
 1 │ THOMAS P. O'BRIEN
   │ United States Attorney
 2 │ ROBB C. ADKINS
   │ Assistant United States Attorney
 3 │ Chief, Santa Ana Branch Office
   │ JOSEPH T. MCNALLY (California Bar No. 250289)
 4 │ GREGORY W. STAPLES (California Bar No. 15505)
   │ Assistant United States Attorneys
 5 │      United States Courthouse
   │      411 West Fourth Street
 6 │      Santa Ana, California 92701
   │      Email: joseph.mcnally@usdoj.gov
 7 │      Telephone: 714-338-3590
   │      Facsimile: 714-338-3561
 8 │ Attorneys for Plaintiff
   │ UNITED STATES OF AMERICA
 9 │
   │              UNITED STATES DISTRICT COURT
10 │
   │         FOR THE CENTRAL DISTRICT OF CALIFORNIA
11 │
   │                    SOUTHERN DIVISION
12 │
13 │ IN RE APPLICATION TO SEAL     )  No. SA 09-179 M
   │ SEARCH WARRANT AND RELATED    )
14 │ DOCUMENTS                     )  [PROPOSED] ORDER
   │                               )
15 │                               )  UNDER SEAL
   │                               )
16 │                               )
   │                               )
17 │ _____)
18 │      For good cause shown, IT IS HEREBY ORDERED THAT:
19 │      The complaint, search and arrest warrants, and supporting
20 │ affidavit in the above-titled case, together with this ex parte
21 │ application, the memorandum of points and authorities, the
22 │ ///
23 │ ///
24 │ ///
25 │ ///
26 │ ///
27 │ ///
28 │ ///
```

1 | declaration of Joseph T. McNally, and this court's sealing order,
2 | be kept under seal until the arrest of defendant. The executing
3 | agents are permitted to provide a copy of the search warrant(s)
4 | as required by Federal Rule of Criminal Procedure 41(f).]

DATED: 4/28/09

HON. ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

**IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED:

_____
HON. ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE